538 A.2d 873

**The COUNTY OF ALLEGHENY and the Prison Board of Allegheny County, and the City of Pittsburgh, a municipal corporation**

**v.**

**The COMMONWEALTH of Pennsylvania; the Commonwealth of Pennsylvania, Department of Corrections; David S. Owens, Jr., Commissioner, Department of Corrections, and Erskind Deramus, Deputy Commissioner, Department of Corrections; and the Pennsylvania Board of Probation and Parole, Fred W. Jacobs, Chairman.**

**Appeal of the COUNTY OF ALLEGHENY and The Prison Board of Allegheny County, and The City of Pittsburgh, a municipal corporation.**

Supreme Court of Pennsylvania.

Argued March 11, 1988.

Decided March 21, 1988.

James J. Dodaro, Co. Sol., George C. Diamantopulos, Asst. Co. Sol., Dante Pellegrini, Sol., Pittsburgh, for appellants.

Francis R. Filipi, Sr. Deputy Atty. Gen., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

AND NOW, this 21st day of March, 1988, this Court hereby orders the above captioned case remanded to the Commonwealth Court for an evidentiary hearing to determine the taxing authority of the County of Allegheny to raise revenue for the construction of prisons, and the availability of current resources for this purpose. The Commonwealth Court is further ordered to make findings of fact on these questions. The Supreme Court will retain jurisdiction, and the matter is to be listed for the Court's session commencing May 9, 1988, in Harrisburg.

PAPADAKOS, J., dissents.